

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2020

No. 04-20-00007-CV

**AKF GROUP LLC,**
Appellant

v.

Keath **GARRISON** and Kassie Garrison, Individually and as Next Friend of Karrah Garrison
and Maycie Garrison, Minors; Haela Garrison; Ernest D. Copelin, Individually and as
Representative of the Estate of Roper T. Nathon Copelin, Deceased' and Tangela M. Copelin,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

On April 29, 2020, appellant filed a letter with this court stating that the parties have worked to resolve their disputes and anticipate that their agreement will obviate the need for the appellate relief sought. Appellant states that it will file a motion or a letter update on or before May 29, 2020. Accordingly, it is ORDERED that this appeal is ABATED until May 29, 2020. It is further ORDERED that appellant must file a notification regarding the status of the settlement or a motion requesting an appropriate disposition of this appeal by May 29, 2020. *See* TEX. R. APP. P. 42.1, 43.2; *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180 (Tex. App.—San Antonio 2001, no pet.).

It is so **ORDERED** on May 1, 2020.

**PER CURIAM**

ATTESTED TO _____
            Michael A. Cruz
            Clerk of Court